# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WAKEEM FORD-BEY, ADMINISTRATOR OF THE ESTATE OF WANETTA FORD-BEY

        v.

PROFESSIONAL ANESTHESIA SERVICES OF NORTH AMERICA, LLC; JOEL D. SOKOLOFF, M.D.; THOMAS MADDALONI, CRNA; SCOTT WILSON, CRNA ; PHYSICIANS CARE SURGICAL HOSPITAL, LP

PETITION OF:  THOMAS MADDALONI, CRNA

:   No. 289 MAL 2020
:
:
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.